BOARD OF LICENSE COMMISSIONERS OF the TOWN OF TIVERTON

v.

Louis H. PASTORE, Jr. et al.

No. 80–426–M.P.

Supreme Court of Rhode Island.

Oct. 31, 1980.

Corcoran, Peckham & Hayes, Kathleen Managhan, Newport, for petitioner.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Sp. Asst. Atty. Gen., Angelo R. Marocco, Providence, for respondents.

## ORDER

The petition for writ of certiorari is granted.

PRIDE OFFSET COLOR SERVICE, INC.

v.

John H. NORBERG, Tax Administrator of the State of Rhode Island.

No. 80–381–M.P.

Supreme Court of Rhode Island.

Oct. 31, 1980.

Albert D. Saunders, Jr., East Greenwich, for petitioner.

Dennis J. Roberts II, Atty. Gen., William G. Brody, Asst. Atty. Gen., Robert M. Geruso, Legal Officer (Taxation), for respondent.

## ORDER

The petition for writ of certiorari is denied.